**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**EDWARD VANCIL,**

    **Plaintiff,**

**v.**                                      **CASE NO. 5:06-cv-00061-RS-AK**

**JO ANNE B BARNHART,**

    **Defendant.**

_____/

## O R D E R

    This matter is before the Court on Plaintiff's Motion for Leave to Proceed in forma pauperis. (Doc. 3). The Court has reviewed the financial affidavit submitted with the motion and finds that Plaintiff should submit an Amended Financial Affidavit to clarify some issues. For example, Plaintiff states that he receives $36K in annual income from his property, which the Court interprets as $36,000.00 a year, but he fails to explain if this is rental property or how this income is derived. Further, he lists a number of monthly debts, which do not add up to the amount listed, and if his wife makes $36,000.00 a year and he receives an additional $36,000.00 a year from rental property with only $689.95 a month in debt, then he can pay the filing fee for this lawsuit

    Accordingly, it is

    **ORDERED:**

Plaintiff shall on or before **April 3, 2006**, submit an Amended Financial Affidavit.

The Court will **DEFER** ruling on the Motion for leave to proceed IFP until the amended affidavit is filed.

**DONE AND ORDERED** this  **_20th_** day of March, 2006

*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:06-cv-00061-RS-AK*