**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

EDWARD VANCIL,

      Plaintiff,

vs.                                        CASE NO. 5:06cv61/RS

JO ANNE B. BARNHART, Secretary
of Department of Corrections, et al,

      Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 13). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this order.

2. This action is remanded to the Commissioner of the Social Security Administration pursuant to 42 U.S.C. §405(g) for further administrative action.

3. The clerk is directed to enter judgment and close the file.

ORDERED on August 17, 2006.

                                                  **/S/ Richard Smoak**
                                                  **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**